■ GLENN DAVIS et al., Respondents, v BREADSTREET HOLDINGS CORPORATION, Defendant, 350 PARK INVESTORS LLC et al., Respondents-Appellants, and NASTASI & ASSOCIATES, INC., Appellant-Respondent. (And Other Third-Party Actions.) [961 NYS2d 781]— Appeals having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Judith J. Gische, J.), entered on or about April 5, 2012, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated September 20, 2012, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Gonzalez, P.J., Friedman, Moskowitz, DeGrasse and Freedman, JJ. ■